UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:20-CR-134-PPS-JPK |
| ) | |
| DA'IONE FIELDS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Da'Ione Fields's agreement to enter a plea of guilty to Count 2 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 41.] Following a hearing on the record on March 31, 2021 [DE 45], Judge Kolar found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty; and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Da'Ione Fields's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 45] in their entirety.

Defendant Da'Ione Fields is adjudged GUILTY of Count 2 of the indictment.

The sentencing hearing is set for July 16, 2021 at 10:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: April 15, 2021.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT